BANKERS TRUST COMPANY OF DETROIT *v.* SOLOVICH.

This case is controlled by *Equitable Trust Co.* v. *Milton Realty Co., ante,* 571.

Appeal from Wayne; Moll (Lester S.), J. Submitted January 4, 1933. (Docket No. 21, Calendar No. 36,797.) Decided January 25, 1933. Submitted on rehearing June 6, 1933. Decided June 29, 1933.

Bill by Bankers Trust Company of Detroit, a Michigan corporation, against Max Solovich and others to foreclose an alleged trust mortgage and appointment of a receiver pursuant to an assignment of rents under 3 Comp. Laws 1929, §§ 13498, 13499. From order appointing receiver, defendants appeal. Reversed on rehearing.

*Frank C. Cook* and *John P. O'Hara,* for plaintiff.

*Joslyn, Joslyn & Joslyn,* for defendants.

NORTH, J. In all material particulars, the facts and issues presented in this appeal are the same as in *Equitable Trust Co.* v. *Milton Realty Co., ante,* 571, which decision is controlling herein. The order entered May 27, 1932, appointing a receiver, is vacated; and the portion of the order of June 11th, requiring Irene Otto to give a bond as a condition of her being made a party defendant is also vacated. The case is remanded to the circuit court for further proceedings incident to the mortgage foreclosure. Costs to appellants.

McDONALD, C. J., and CLARK, POTTER, SHARPE, FEAD, WIEST, and BUTZEL, JJ., concurred.

## ON REHEARING.

NORTH, J. Rehearing herein was had at the same time as in *Bankers Trust Co.* v. *Russell,* 263 Mich. 677; and decision on rehearing of the latter case is

controlling. Our former decision is affirmed and the case remanded to the circuit court for further proceedings therein.

McDONALD, C. J., and CLARK, POTTER, SHARPE, FEAD, WIEST, and BUTZEL, JJ., concurred.